
Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Charles B. Hanna                             )
                                             )
1109 Ash Ct.                                 )
                                             )
Lyndon, KS. 66451                            )
(Enter above the full name of Plaintiff(s))  )
                                             )
vs.                                          )
                                             )
Walmart Stores, Inc.                         )
Name Resident Agent: The Corporation Company Inc
                                             )
112 SW 7th Street Suite 3C                   )
Street and number                            )
                                             )
Topeka,   KS.    66603                       )
City      State   Zip Code                   )

**FILED**
AUG 1 1 2017
Clerk, U.S. District Court
By:_____Deputy Clerk

Case Number: 17-4072-SAC-KGS
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

*Amended*
**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____ N/A _____

_____

2.  If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
    Walmart Distribution Center #6035
    3270 Nevada Terrace Ottawa, KS. 66067
    (Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur? Please give the date or time period:

    From January 2012 to July 2014 / October 11, 2014 to November 22, 2014

### ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

    ☒ Yes    Date filed: Febuary 9, 2015
    ☐ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    ☒ Yes    Date filed: Febuary 9, 2015 (cross file from KHRC)
    ☐ No

6.  Have you received a Notice of Right-to-Sue Letter?
    ☒ Yes  ☐ No
    If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:

    ☒ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
    ☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [ ] retaliation
   - [ ] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____
   _____
   _____

   Did you complain about this same conduct in your charge of discrimination?

   [x] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [ ] my race or color, which is _____
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [x] my gender, which is [x] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [x] my age (my birth date is: *August 13, 1956*)
   - [x] other: *Retrobution for filing a written harassment claim.*

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    *From January 2012 to July 2014, I was subjected to verbal*

harassment from a younger female employee of Walmart Stores Inc. This verbal harassment occured in the Traffic office of Walmart Distribution Center #6035 located at 3270 Nevada Terrace Ottawa, KS. 66067. Therefore, during this timeframe, I made multiple complaints to various managers regarding the harassment. From July 20, 2014, to October 11, 2014, I was away from work on Short Term disability leave. Subsequently, from October 11, 2014 (See continuation Attachment)

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
   ☐ are still being committed by Defendant.
   ☐ are no longer being committed by Defendant.
   ☒ may still be being committed by Defendant.

12. Plaintiff:
   ☐ still works for Defendant
   ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   ☐ Yes   ☐ No

Explain: _____ N/A _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   ☐ Defendant be directed to employ Plaintiff
   ☒ Defendant be directed to re-employ Plaintiff
   ☐ Defendant be directed to promote Plaintiff
   ☐ Defendant be directed to _____

to November 22, 2014, I was subjected to verbal harassment from the same younger female employee.

On December 6, 2014, I was terminated due to gross misconduct. However, a similary situated younger female employee was not terminated due to similar actions.

☐ Injunctive relief (please explain): _____
☐ Monetary damages (please explain): _____
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: Damages: Lost wages from December 6, 2014 to Present

Monetary/Punitive: Whatever is Customary by Case Law Standards,

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 9 day of August, 2017.

_Charles B. Hanna_
Signature of Plaintiff

Charles B. Hanna
Name (Print or Type)

1109 Ash Ct.
Address

Lyndon, KS, 66451
City State Zip Code

785-893-4443
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☐ Kansas City, ☒ Topeka }, Kansas as the location for the trial in
(Select One Location)
this matter.

_Charles B. Hanna_
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ☒ Yes   ☐ No
(Select One)

_Charles B. Hanna_
Signature of Plaintiff

Dated: August 9, 2017
(Rev. 10/15)

5